

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 JUL 18 PM 5:01
LORETTA G. WHYTE
CLERK

UNITED STATES FEDERAL DISTRICT COURT

EASTERN LOUISIANA DISTRICT

NO.            DIVISION " "        DOCKET NO.

**05-3012**

JEAN RALPH STOCK

VERSUS

JOHN S. WALKER

WILLIAM HARRISON

YVONNE M. ROMIG

RONALD ROMIG
(Mentally retarded son of Yvonne Romig

FILED: _____   _____
                                       DEPUTY CLERK

PETITION FOR DAMAGES

The Petition of Jean Ralph Stock, person of the full age of majority, domiciled in the Parish of Jefferson, State of Louisiana respectfully represents the following:

Fee $250.00
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____

I.

Extensive damage has been done to Petitioner's property located in Elmwood Park Subdivision, municipal address 4504 Pike Drive, Metairie, Louisiana, Parish of Jefferson, State of Louisiana. Also, Petitioner's 1980 Toyota Carolla has been extensively damaged, both mechanically and body damage.

II.

Defendant, John S. Walker is a person of the full age of majority domiciled in the Parish of Jefferson Parish, State of Louisiana was seen on Petitioner's driveway on her property by automobile, 1980 Toyota Corolla on December 18, 2004. Brake fluid was found one half low when the brake light lit up on the dash. Defendant, John S. Walker has been seen many times on Petitioner's property by her automobile and Petitioner, Jean Ralph Stock suspects that Defendant, John S. Walker is responsible for mechanical and body damage to automobile. Defendants, John S. Walker and William Harrison were both seen on September 26, 2004 on the North side of Petitioner's property by gas meter and when side light was turned on, both John S. Walker and William Harrison crossed over to Yvonne M. Romig's driveway and hurried across the street.

III.

Defendant, William Harrison is a person of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana was seen on Petitioner's property on July 18, 2004 cutting grass down past the roots on area between sidewalk and the curb trespassing on Petitioner's property. On the same day William Harrison was seen cutting grass between on Petitioner's property between her driveway and the driveway of Yvonne M. Romig. Petitioner suspects that William Harrison was using Ronald Romig's Craftsman lawnmower. Defendant, William Harrison was seen with John S. Walker on July 18, 2004 the North side of Petitioner's property with John S. Walker by gas meter. William Harrison's green truck has been seen many times parked in the driveway of Yvonne Romig.

IV.

Defendant, Yvonne M. Romig, is a person of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana was seen on November 7, 2004 on Petitioner's property in her driveway throwing leaves. Defendant, Yvonne Romig has been seen many times sweeping and throwing leaves on Petitioner's property.

V.

Defendant, Ronald Romig, mentally retarded son of Yvonne M. Romig legal custodian, domiciled in the Parish of Jefferson, State of Louisiana, was seen July 18, 2004 giving black trash bags to William Harrison when he was cutting grass on Petitioner's property. On September 25, 2004, Ronald Romig was seen on Petitioner's property spraying shrubs, where the shrub eventually died. Ronald Romig was seen May 26, 2005 raking leaves in his driveway and picking up leaves and shoving through fence on Petitioner's property. Ronald Romig has been seen many times on Petitioner's property damaging bricks and mortar, damaging double concrete driveway, front walkway and front sidewalk. Also, Ronald Romig was seen digging mud under slab of house on South side with barbecue fork, across from gas meter of neighboring house. Ronald Romig was seen with extension ladder on February 22, 2004 in front of double garage on Petitioner's property.

VI

Petitioner is requesting that defendants be ordered to submit to finger printing and giving DNA samples.

Petitioner requests that all defendants be ordered to hire a restoration

contractor to restore dwelling and property to original condition that will meet with satisfaction, approval and acceptance of Petitioner.

Petitioner carries replacement value insurance on dwelling in the case of a natural disaster and dwelling would be restored to original condition.

Petitioner is requesting that all defendants be held responsible for all restoration until all work is completed.

Petitioner is requesting that all defendants be held responsible for all costs of restoration regardless of the amount.

Petitioner is requesting that defendants be held responsible for having 1980 Toyota Corolla repaired and that reimbursement be made for previous damages and repairs.

## VII

As a result of damages to Plaintiff's property, Jean Ralph Stock has suffered:

Mental anguish

Extensive damage to exterior and interior of dwelling, surrounding grounds, patio, loss of plants, shrubs, grass and damage to double concrete driveway, walkway, porch sidewalk and side brick walkway.

Extensive damage to 1980 Toyota Corolla both mechanically and body damage.

VIII

Petitioner avers amicable demand without avail

PRAYER

Wherefore, Jean Ralph Stock pray that after proceedings that there be judgment herein in her favor and against defendants, severally and in solido in an amount determined by the Court plus legal interest for the date of judicial demand and all costs of these proceedings.

Respectfully submitted:

*Jean Ralph Stock*

Jean Ralph Stock

4504 Pike Drive

Metairie, Louisiana 70003

Telephone: (504) 455-9499